Edward J. Maney, Trustee, Bar #12256
101 N. First Avenue, Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| BRIAN MICHAEL HOLZNER | ) | Case No. 11-02869-PHX-CGC |
| | ) | |
| | ) | APPLICATION FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS BELONGING |
| | ) | TO DEBTOR |
| _____Debtor (s)_____ | ) | |

Edward J. Maney, Trustee, reports that the following dividend check has been issued and not presented for payment and more than ninety (90) days has elapsed from the date of issuance, or the payment has been returned to the Trustee by the U.S. Post Office marked as undeliverable.

Check Number:      126595
Check Date:        7/26/12
Amount:            $2,753.22
Debtor:            BRIAN MICHAEL HOLZNER
Co-Debtor:

                   P.O. BOX 86401

                   PHOENIX, AZ 85080

Neither the debtor (s) Attorney (if applicable) nor the Trustee have been able to locate the debtor (s).

Wherefore, the Trustee prays that an order be entered pursuant to Section 347 (a) of the Bankruptcy Code directing the Trustee to pay over the amount of $744.35 to the Clerk of the Court to be deposited to the Registry thereof.

Dated: See Electronic Signature

                                          _____
                                          Edward J. Maney, Trustee

Unclaimed Funds/Debtor