Edward J. Maney, Trustee
101 N. First Avenue, Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| BRIAN MICHAEL HOLZNER | ) | Case No. 11-02869-PHX-CGC |
| | ) | |
| | ) | ORDER FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS |
| | ) | |
| _____Debtor (s)_____ | ) | |

Upon Application of Edward J. Maney, Trustee, and good cause appearing:

IT IS ORDERED that the Trustee pay over the amount of $744.35 to the Clerk of the Court to be deposited as provided in Section 347 (a) of the Bankruptcy Code.

Dated this _____day of _____, 200___.

_____
U.S. Bankruptcy Judge

Unclaimed Funds/Order

Case 2:11-bk-02869-DPC    Doc 36    Filed 01/14/13    Entered 01/14/13 09:51:33    Desc
Main Document      Page 1 of 1