Edward J. Maney, #12256
CHAPTER 13 TRUSTEE
101 North First Avenue, Suite 1775
Phoenix Arizona, 850003
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re: ) In Proceedings Under Chapter 13
)
BRIAN MICHAEL HOLZNER ) Case No. 11-02869-PHX-CGC
)
) AMENDED APPLICATION FOR PAYMENT
Debtor(s) ) OF FUNDS BELONGING TO DEBTOR

     COMES NOW Edward J. Maney, Trustee of the above-captioned bankruptcy estate, and reports that the following check has been issued and not presented for payment and more than ninety (90) days has elapsed from the date of issuance, or the payment has been returned to the Trustee by the U.S. Post Office marked as undeliverable.

Check Number:    126595
Check Date:      July 26, 2012
Amount Due:     $744.35
Debtor:           BRIAN MICHAEL HOLZNER

                P.O.BOX 86401
                PHOENIX, AZ 85080

   Neither the debtor(s) Attorney (if applicable) nor the Trustee has been able to locate the debtor(s).

   Wherefore, the Trustee prays that an order be entered pursuant to Section 347 (a) of the Bankruptcy Code directing the Trustee to pay over the amount of $744.35 to the Clerk of the Court to be deposited to the Registry thereof.

Dated: (see electronic signature)

                                                           Edward J. Maney, Trustee